# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, | Case No. 8:24-cv-02082-FWS-KES |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PACIFIC LOGGING & PROCESSING INC., and DARREN HALL, | |
| Defendants. | |

///

///

///

# JUDGMENT

On April 14, 2025, the court granted Plaintiff Balboa Capital Corporation's ("Balboa") Motion for Default Judgment against Defendants Pacific Logging & Processing, Inc. and Darren Hall (together, "Defendants"). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in this matter in favor of Balboa and against Defendants, jointly and severally, in the amount of **$100,669.65**, which represents:
   a. Compensatory damages of $87,784.48;
   b. Prejudgment interest of $7,118.80;
   c. Attorney fees in the amount of $5,111.37; and
   d. Costs in the amount of $655.00.
2. The Clerk is **ORDERED** to enter this Judgment forthwith.

DATED: April 14, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE